```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

STANLEY BOMANI CRUMPTON            :
                                   :
              Plaintiff,           :     CIVIL ACTION NO. 02-2873
                                   :
         v.                        :
                                   :
JOHN E. POTTER, POSTMASTER GENERAL :
U.S. POSTAL SERVICE                :
EASTERN AREA AGENCY                :
                                   :
              Defendant.           :

### ORDER

AND NOW, this    day of    , 2002, upon consideration of the Defendant's Motion for Extension of time, and the Response, if any, the Motion is GRANTED. The United States Postal Service shall file its Response to the Complaint on or before August 14, 2002.

BY THE COURT:

_____
KELLY, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STANLEY BOMANI CRUMPTON          :
                                 :
          Plaintiff,             :   CIVIL ACTION NO. 02-2873
                                 :
     v.                          :
                                 :
JOHN E. POTTER, POSTMASTER GENERAL :
U.S. POSTAL SERVICE              :
EASTERN AREA AGENCY              :
                                 :
          Defendant.             :

**DEFENDANT'S MOTION FOR EXTENSION OF**
**TIME TO RESPOND TO COMPLAINT**

The Defendant, John E. Potter, Postmaster General, U.S. Postal Service, hereby requests, pursuant to Fed. R. Civ. P. 6(b), that he be granted an extension of thirty days in which to respond to the Complaint. The reasons for this Motion are more fully set forth in the attached Memorandum of Law which is incorporated herein by reference.

                              Respectfully submitted,

                              PATRICK L. MEEHAN
                              United States Attorney

                              _____
                              JAMES G. SHEEHAN
                              Assistant United States Attorney
                              Chief, Civil Division

                              _____
                              SUSAN SHINKMAN
                              Assistant United States Attorney

```
OF COUNSEL:

Jennifer Breslin
Attorney
Philadelphia Field Office
U.S. Postal Service Law Department
615 Chestnut Street
P.O. Box 40595
Philadelphia, PA 19197-0595
```

```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

STANLEY BOMANI CRUMPTON            :
                                   :
              Plaintiff,            :    CIVIL ACTION NO. 02-2873
                                   :
        v.                          :
                                   :
JOHN E. POTTER, POSTMASTER GENERAL :
U.S. POSTAL SERVICE                :
EASTERN AREA AGENCY                :
                                   :
              Defendant.            :

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

I. INTRODUCTION

     The Plaintiff, Stanley Bomani Crumpton, has filed a Complaint against John E. Potter, Postmaster General, U.S. Postal Service ("USPS"), alleging discrimination against him as an employee. The USPS is filing this Motion to request an additional 30 days in which to respond to the Complaint.

II. ARGUMENT

     The response by the USPS to this Complaint is currently due to be filed on July 15, 2002. The USPS has not completed its review of the record and needs an additional period, not to exceed thirty days, in which to file and serve its response. This is the first request for an extension of time which has been requested by the USPS.

    The Plaintiff has filed this Complaint <u>pro se</u> and there is no telephone number listed on his pleadings. Accordingly, the

USPS has not been able to ascertain whether the Plaintiff is in agreement with this request.

CONCLUSION

     For all of the above stated reasons, the USPS respectfully requests that its Motion for an Extension of Time be granted.

                      Respectfully submitted,

                      PATRICK L. MEEHAN
                      United States Attorney


                      _____
                      JAMES G. SHEEHAN
                      Assistant United States Attorney
                      Chief, Civil Division


                      _____
                      SUSAN SHINKMAN
                      Assistant United States Attorney


OF COUNSEL:

Jennifer Breslin
Attorney
Philadelphia Field Office
U.S. Postal Service Law Department
615 Chestnut Street
P.O. Box 40595
Philadelphia, PA 19197-0595

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Defendant's Motion for Extension of Time to Respond to Complaint was mailed postage pre-paid, this 3rd day of July 2002, to the following:

>Stanley Bomani Crumpton, pro se
>5 Greenfield Drive
>New Castle, DE 19720


_____
SUSAN SHINKMAN