IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY BOMANI CRUMPTON | : | CIVIL ACTION |
| v. | : | |
| JOHN E. POTTER, Postmaster General, United States Postal Service | : : | NO. 02-2873 |

O R D E R

AND NOW, this 20th day of AUGUST, 2002, it is hereby ORDERED that unless a Response to Defendant's Motion to Dismiss Complaint/Motion for Summary Judgment is filed by September 1, 2002, it will be treated as unopposed.

BY THE COURT:

_____
ROBERT F. KELLY,      Sr. J.